**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| RANDOLPH SCOTT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NUVELL FINANCIAL SERVICES LLC, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:09-cv-03110 |

**DEFENDANTS NUVELL FINANCIAL SERVICES LLC AND
NUVELL NATIONAL AUTO FINANCE LLC'S STATEMENT IN
RESPONSE TO COURT'S STANDING ORDER CONCERNING REMOVAL**

Defendants Nuvell Financial Services LLC and Nuvell National Auto Finance LLC, by and through their undersigned attorneys, hereby respond to the Court's Standing Order Concerning Removal (the "Standing Order") issued on November 23, 2009, and in support thereof state as follows:

1. Defendants were served with a copy of the Summons and Complaint on October 23, 2009.

2. Neither Defendant is a citizen of the State of Maryland.

3. Defendants removed this case on November 20, 2009, within thirty (30) days of service of the Summons and Complaint.

4. This action was commenced in the Circuit Court for Baltimore County, Maryland on September 24, 2009, less than one year before the date of removal.

5. There are no other defendants in this action.

6. Contemporaneous with the filing of this Statement, Defendants will serve a copy of the Standing Order on John J. Roddy and Elizabeth A. Ryan, counsel for Plaintiff who are not registered to receive electronic notification of filings in this case.

Dated: December 7, 2009                         Respectfully submitted,

                                                _____
                                                Kimberly A. Manuelides (Bar No. 23726)
                                                Geoffrey M. Gamble (Bar No. 28919)
                                                SAUL EWING LLP
                                                500 E. Pratt Street, Suite 800
                                                Baltimore, Maryland  21202
                                                (410) 332-8848 (telephone)
                                                (410) 332-8115 (facsimile)
                                                kmanuelides@saul.com (email)
                                                ggamble@saul.com (email)

                                                Attorneys for Defendants Nuvell Financial Services LLC and Nuvell National Auto Finance LLC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December, 2009, I electronically filed the foregoing Statement in Response to the Court's Standing Order Concerning Removal by using the CM/ECF system which will send a notice of electronic filing to the following:

>Martin Eugene Wolf
>mwolf@quinnlaw.com
>
>Mark Harris Steinbach
>writemhs@gmail.com
>
>Benjamin Howard Carney
>bcarney@quinnlaw.com
>
>**Attorneys for Named Plaintiff and the Class**

A copy of the foregoing Statement in Response to the Court's Standing Order Concerning Removal and the Standing Order Concerning Removal was sent via first-class mail, postage-prepaid on this 7th day of December, 2009 to:

>John J. Roddy
>Elizabeth A. Ryan
>RODDY, KLEIN & RYAN
>727 Atlantic Avenue, 2d Floor
>Boston, Massachusetts 02111
>
>**Attorney for Named Plaintiff and the Class**

_____
Geoffrey M. Gamble